UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| ECOLAB, INC., | ) |
| | ) |
| Plaintiff, | ) Criminal Action No. 3:23-cv-215-CHB |
| | ) |
| v. | ) |
| | ) **MEMORANDUM OF PRELIMINARY** |
| JOHN SCOTT SHANKLIN, *et al.*, | ) **INJUNCTION HEARING AND** |
| | ) **ORDER** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A Preliminary Injunction hearing was held in this matter on May 24, 2023, before the Honorable Claria Horn Boom, United States District Judge. The Court's official reporter was Becky Boyd. The following counsel participated in the hearing.

For Plaintiff Ecolab, Inc.:

    Craig P. Siegenthaler
    Kris Leonhardt

For Defendants John Scott Shanklin and Washing Systems, Inc.:

    Jeremy S. Rogers
    Suzanne Marino
    Sarah Reddick

Defendant Shanklin was also presented and participated in the hearing. Plaintiff presented witness testimony and exhibits to the Court. Defendants did not present witness testimony; however, they submitted exhibits for the Court's review. Based on the discussions during the hearing, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.    Exhibits 15–21, 23–29, and 34–35 are **PROVISIONALLY SEALED** pending resolution of a Motion to Seal.

2. The Court's Official Transcript of the Preliminary Injunction hearing shall be **PROVISIONALLY SEALED** between time stamps 11:09 a.m. – 12:10 p.m. and 12:30 p.m. – 12:48 p.m. pending resolution of a Motion to Seal.

3. Parties **SHALL** file a joint motion to extend the current Temporary Restraining Order [R. 13] with citations to applicable rules and case law by close of business **May 25, 2023**.

4. The parties **SHALL** tender simultaneous post-hearing briefs by **June 6, 2023**.

This the 25th day of May, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

Court Time: 03:53 (c)
Court Reporter: Becky Boyd