## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| ECOLAB INC. | ) | |
|     PLAINTIFF | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:23-CV-215-CHB-RSE |
| JOHN SCOTT SHANKLIN, WASHING SYSTEMS, LLC, and KAO USA INC. | ) ) ) ) ) | |
|     DEFENDANTS | ) ) | |
| AND | ) ) | **DECLARATION OF LAURENCE D. LIEB, OSFCE, MFCE** |
| WASHING SYSTEMS, LLC | ) ) | |
|     COUNTERCLAIM PLAINTIFF | ) ) | |
| v. | ) ) | |
| ECOLAB INC. | ) ) | |
|     COUNTERCLAIM DEFENDANT | ) | |

## Introduction

1. I am over 18 years of age, am competent to make this declaration, and have personal knowledge of the facts and representations set forth in this declaration.

2. My name is Laurence D. Lieb. I am the President of Tyger Forensics Inc., which provides, among other things, computer forensics and electronic discovery services to litigation attorneys and their clients. I am a Passmark OSForensics Certified Examiner and a Magnet Forensics Certified Examiner. I am also a licensed private investigator in the State of Michigan.

1

3. To obtain my certification as an OSForensics Certified Examiner, I passed a certification testing process provided by Passmark. To remain certified, I am required, from time to time, to retrain and pass certification examinations for new software versions. A true and exact copy of my certification is attached as part of **Exhibit A** and incorporated by reference.

4. To obtain my certification as a Magnet Forensics Certified Examiner, I undertook online training led by Magnet Forensics. To remain certified, I am required, from time to time, to retrain and pass certification examinations for new software versions. A true and exact copy of my certification is attached as part of **Exhibit B** and incorporated by reference.

5. I counsel and assist clients in the preservation, extraction, and analysis of electronic data, using industry-standard practices, based on evidence personally analyzed, and form expert opinions regarding human interaction with electronic data from smartphones, computers, cloud-based sources, and a myriad of other electronic devices. I have been retained for this type of work around the country by numerous clients, as described in my curriculum vitae, which is attached as **Exhibit C**.

6. I have been retained by Ecolab, and its counsel, Faegre Drinker Biddle & Reath LLP, in connection with the litigation titled ECOLAB INC. v. JOHN SCOTT SHANKLIN, WASHING SYSTEMS, LLC, and KAO USA INC., pending in the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY LOUISVILLE DIVISION (the "Litigation").

7. This report is based on my personal knowledge, experience, and expertise in the area of forensic analysis of electronic devices, email accounts and file storage accounts.

8. It is my understanding that the plaintiff/counterclaim defendant in this case is Ecolab, Inc. LLC ("Ecolab"), and the counterclaim plaintiff is Washing Systems LLC ("WSI").

Counterclaim Plaintiff claims that one or more Ecolab employees misappropriated trade secrets from WSI.

### Forensic Preservation

9. I used computer forensic industry standard tools to preserve and image various laptops, smartphones, and USB Drives I received belonging to the following custodians: Adam Vesely, Akamu Aki, Douglas Bialza, Mustapha El-Sarji, Carl Mattson, and Nicholas Wagner.

10. I utilized industry standard Magnet Forensics Axiom software to make all the Sources of evidence searchable.

### Forensic Analysis

11. In WSI's counterclaim, paragraph 50, WSI states that "in June 2023, without any proper business purposes and without Washing Systems' consent, Ecolab downloaded certain Trade Secrets from the Washing Systems' Desktop ("Desktop') at the Cintas plant in Denver."

12. I have been asked to identify which of the above custodians had devices that contained information that may have come from the Desktop. It is my opinion that devices collected from custodians Adam Vesely and Mustapha El-Sarji contained database files that may contain information that came from the Desktop. In addition, Nicholas Wagner's laptop contained a single email attachment named "Cintas Denver Chemistry 900.xlsx."

13. My forensic analysis to date did not identify any evidence of files containing information that may have come from the Desktop being transmitted to any other devices, email accounts, or cloud storage accounts beyond those of the custodians stated above.

Dated: January 10, 2024

Respectfully submitted,

*Laurence D. Lieb*
_____
Laurence D. Lieb



EXHIBIT B



MCFE – AXIOM CERTIFICATION IS AWARDED TO:

# Laurence Lieb

In recognition of expert use of Magnet Forensics' Magnet AXIOM digital forensics software and understanding of the core concepts of digital examinations.

| 10/20/2022 13:38:06 +00:00 | 2 years from the Date of Issue | |
|---|---|---|
| DATE OF ISSUE | DATE OF EXPIRY | AUTHORIZED BY CHARLES COBB, VP of TRAINING |

Magnet Forensics   2250 Corporate Park Drive, Herndon, VA 20171                                                                                       www.magnetforensics.com

EXHIBIT C

Laurence D. Lieb

CEO, President Tyger Forensics Inc.,

53 W. Jackson Blvd. Suite 609, Chicago, Illinois 60604

Michigan Private Investigator License #3701207106

EMAIL: SUPPORT@FORENSICS.ONE

TEL: 312.613.4240

## TECHNICAL EXPERTISE

**Systems:** Windows, Windows Servers, Microsoft Exchange, Lotus Notes, Linux, OS X, iOS, Android, Windows Phone, Blackberry

**Software:** Magnet Forensics Axiom, Digital Inspector, Cellebrite UFED 4PC, Cellebrite Physical Analyzer, Forensic Explorer, Passmark OSForensics, FTK Imager, MOBILedit Forensic, Elcomsoft Phone Breaker Forensic, Aid4Mail Forensic

## TESTIMONY

I have been offered as an expert witness and testified at hearing, or by affidavit or declaration in the following cases:

- Testimony provided November 29, 2023 in a matter captioned ECOLAB Inc., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water v.ANTHONY RIDLEY, and CHEMTREAT, INC. No. 1:22-cv-00050-TRM-SKL, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION. Hired by J. Michael Honeycutt, Fisher & Phillips.

- Testimony provided October 24, 2023 in a matter captioned ECOLAB Inc., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water v.ANTHONY RIDLEY, and CHEMTREAT, INC. No. 1:22-cv-00050-TRM-SKL, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION. Hired by J. Michael Honeycutt, Fisher & Phillips.

- Testimonry provided September 26, 2023 in a matter captioned The Parallax Group

International, LLC, a California Limited Liability Company, Plaintiff, v. Incstores LLC, an Arizona Limited Liability Company, Defendant. Incstores LLC, an Arizona Limited Liability Company, Counterclaimant, v. The Parallax Group International, LLC, a California Limited Liability Company, et al. Counterdefendants, Case No. 8:16-cv-929-AG-DFM, UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA THE SOUTHERN DIVISION.  Hired by Paul J. Ripp,  Williams Barber & Morel LTD.

- Testimony provided April 19, 2023 in a matter captioned ECOLAB Inc., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water v. ANTHONY RIDLEY, and CHEMTREAT, INC. No. 1:22-cv-00050-TRM-SKL, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION.  Hired by J. Michael Honeycutt, Fisher & Phillips.

- Testimony provided December 29, 2022 in a matter captioned BGC Partners, Inc. et al v. Avison Young (Canada), Inc. et al, CIVIL DOCKET FOR CASE #: 2:15−cv−00531−RFB−EJ, Judge Richard F. Boulware, II.  Hired by Tina Solis of Nixon Peabody.

- Testimony provided January 10, 2022 in a matter captioned People of the State of Michigan v. Stephen Mark Ricketts, Circuit Court # 19-02774-FH, District Court # D1900653, Case # 41-19-002109-99, Judge Christina Elmore.  Hired by Andrew John Rodenhouse of Rodenhouse Law Group.

- Testimony provided August 17th, 2021 at a University of Maryland, Division of Student Affairs, The Office of Student Conduct hearing, Case Number 2020329902. Hired by Defendant counsel David Eagle of Klehr Harrison Harvey Branzburg LLP

- Sworn testimony provided December 20th, 2019 in a matter captioned Newmark Group Inc. Et al, v. Avison Young (Canada) Inc. Et al Case No 2015-L-2186.  Circuit Court of Cook County Illinois County Department Law Division.  Hired by Plaintiff counsel Nixon Peabody LLP.

- Sworn testimony provided March 22nd 2019, in a matter captioned Newmark Group Inc. Et al, v. Avison Young (Canada) Inc. Et al Case No 2015-CA-1028B. Superior Court of the District of Columbia, Civil Division.  Hired by Plaintiff counsel Nixon Peabody LLP.

- Sworn testimony provided February 28th, 2019 through March 1st, 2019 at Trial in a matter captioned LovePop, Inc. v. PaperPop Cards, Inc. Civil Action No. 1:17-cv-11017.  Hired by Defendant PaperPop counsel **Jaye Quadrozzi of Young & Associates.**

- Sworn testimony provided November 29, 2018 in a matter captioned LovePop, Inc. v. PaperPop Cards, Inc. Civil Action No. 1:17-cv-11017. Hired by Defendant PaperPop counsel **Jaye Quadrozzi of Young & Associates.**

- Sworn testimony provided May 31, 2018 in a matter captioned In RE the Marriage of Jose Betanzos, Petitioner, And Manuela Correa, Respondent, No. 18 OP 70489 consol. w/18 D 2149 Cal. C. Circuit Court of Cook County, Illinois, County Department Domestic Relations Division.  Hired by Caitlin Cervenka, LAF.

- Sworn testimony provided April 17, 2018 in a matter captioned Marcus J Moore v. Annette Ambriz. Case No. 2018OP000542.  State of Illinois, Lake County, Nineteenth Judicial Circuit, Domestic Violence Courthouse.  Hired by Respondent's counsel Jennifer Payne of the Legal Assistance Foundation of Chicago.  Designated as an expert by the Honorable Judge Diane E. Winter.

- Sworn testimony provided October 27, 2017 in a matter captioned Juana Luna v. Jose Rodrigo Cabrera. Case No. 17 OP 75249.  State of Illinois, Circuit Court of Cook County, Domestic Violence Courthouse.  Hired by Claimant's counsel Caitlin Cervenka of the Legal Assistance Foundation of Chicago.  Designated as an expert by the Honorable Judge Judith C. Rice.

- Sworn testimony provided April 15th, 2016 in a matter captioned, Stacey Verhil v. Frank Marchese. Case No. 14-03159-DM. Kent County Courthouse, Grand Rapids Michigan.  Hired by Plaintiff's counsel Tara Velting of Garan Lucow Miller P.C.  Designated as an expert by the Honorable Judge Kathleen A. Feeney.

- Sworn testimony provided August 7th, 2015 in a matter captioned, Stacey Verhil v. Frank Marchese. Case No. 14-03159-DM.  Kent County Courthouse, Grand Rapids Michigan.  Hired by Plaintiff's counsel Tara Velting of Garan Lucow Miller P.C.  Designated as an expert by the Honorable Judge Kathleen A. Feeney.

- Sworn testimony provided November 13th, 2014 in a matter captioned, Goken America, LLC,

- Plaintiff v. Naveen Kumar Bandepalya, Cresttek, LLC, & American Hydrostatics Distribution, Inc. Defendants. 12:14CV1445 U.S. District Court, S.D. of Ohio, Eastern District. Hired by Defendants' counsel Frederick D. Elias of Ellias & Elias, P.C.

- Sworn testimony provided July 11, 2013 in a matter captioned, Samson Lift Technologies, LLC versus JERR-DANN Corporation, a/k/a JERRDANN Corporation and Oshkosh Corporation, Index Number 653586/2011, New York County Supreme Court. Hired by Defendant's Counsel Daniel T. Flaherty, Esq., Godfrey & Kahn

**EXPERT WORK**

- GHSP, Inc. V Arthur Hazen Sills, United States District Court for the Western District of Michigan, Southern District. Case No. 1:21-cv-218. Hired by Amanda Narvaes of Drew Cooper & Anding.

- CCC Information Services Inc. v First Rate Excavate Inc., United States District Court, District of South Dakota Souther Division. Case CIV 21-4068. Hired by Timothy Hardwicke of GoodSmith Gregg and Unruh.

- Mesirow Financial Holdings Inc. v Hart 353 North Clark LLC. Circuit Court of Cook County, Illinois, County Department, Chancery Division. Case No. 2021CH01591. Hired by John Grady of Grady Bell LLP

- LM Construction Co., LLC v 5th & Deer Springs LLC District Court Clark County Nevada, Case No. A-19-797928-C. Hired by Mark Bourassa, The Bourassa Law Group.

- Detroit Welded Tube LLC v Consolidated Metals Inc. United States District Court Eastern District of Michigan. Hired by David Hansma, Seyburn Kahn.

- Hino Motors Manufacturing U.S.A. Inc, v. Chris Hetman et al. United States District Court for the Eastern District of Michigan. Case No.: 2:20-cv-10031. Hired by J. Michael Honeycutt, Fisher & Phillips.

- John Doe v. Ava Whitney Blige et al. District Court Clark County Nevada. Case No: A-21-828077-B Department 11. Hired by Louis Palazzo, Esq., Palazzo Law Firm.

- SecureNet Technologies LLC v. Andrew Wilson and John Does 1-25, The Fourth Judicial District

Court Utah County No. 200300026. Hired by Michael K. Green, Cowdell & Woodley P.C.

- Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund et al v. FCS Group, LLC. New Jersey Court Case Number: 1:21-cv-10120. Hired by Steven J. Bushinsky, Esquire O'Brien Belland & Bushinsky LLC.

- Maya Pettaway v John Cleland and Wyoming City Pizzeria Inc.. State of Michigan in the 17th Circuit Court. Case No. 19-06505-CZ. Hired by Andrew Rodenhouse, Esq., Rodenhouse Law Group P.C.

- Peak6 NFS Holdings LLC, National Flood Services Holdings LLC, and National Flood Services LLC v AON U.S. Holdings, Inc. and AON Corporation. In the Court of Chancery of the State of Delaware. C.A. No. 2020-0849-AGB. Hired by Timothy Hardwicke, Goodsmith, Gregg and Unruh.

- CBRE, Inc. v Kathryn Tiernan. JAMS Arbitration Case No. 1340018099. Hired by Timothy Hardwicke, Goodsmith, Gregg and Unruh.

- Alphacard Systems LLC et al v Fery LLC. Case # 3:19-cv-20110. New Jersey District Court. Hired by Timothy Hardwicke, Goodsmith, Gregg and Unruh.

- Kathleen Quinn v Auto Injury Solutions Inc. Case No. 20-cv-1966. United States District Court Northern District of Illinois. Hired by Timothy Hardwicke, Goodsmith, Gregg and Unruh.

- George Spencer et al v Kuldeep Malik et al. C.A. No. 2020-0609-JTL In the Court of Chancery of the State of Delaware. Hired by David Eagle, Klehr Harrison Harvey Branzburg LLP

- BMO Harris Bank, NA v Jerry Lumpkins. United States District Court for the Northern District of Illinois Eastern Division Case: 1:20-cv-05642 Hired by Jason Hirsch, Esq. Levenfeld Pearlstein.

- Axion RMS LTD. V UCP Seguin of Greater Chicago Foundation et al. Circuit Court of Cook County Illinois. Case No 2019 L 001168. Hired by Jason Hirsch, Esq. Levenfeld Pearlstein.

- Capricorn Management Systems Inc. v. Government Employees Insurance Company and Auto Injury Solutions. United States District Court, Eastern District of New York, Central ISLIP. Division. Case N. 2:15-cv-02926-DRH-SIL. Hired by Timothy Hardwicke, Goodsmith, Gregg and Unruh.

- Frederick Kaegi, Claimant, and Columbia Wanger Asset Management, LLC & Ameriprise Financial, Inc., Respondents. AAA Case No. 01-18-0000-0820. Hired by Michael Shakman, Miller Shakman,

Miller Shakman and Beem.

- Shaun Dilday v. James Bennett III. Maricopa County Superior Court Cause No. CV2017-014621. Hired by Karen Karr, K. Leone Karr Law Office.

- LovePop, Inc. v. PaperPop Cards, Inc. United States District Court, District of Massachusetts. Civil Action No. 1:17-cv-11017. Hired by Jaye Quadrozzi, Young and Associates P.C.

- Courtney Taul-Reed v. Lexington Women's Health, PLLC. Commonwealth of Kentucky Fayette Circuit Court 9th Division. Civil Action No. 14-CI-02792. Hired by James Smith, Gazak Brown.

- Regina Andrew Design, Inc. v. Eric Magun. United States District Court for the Easter District of Michigan, Southern Division, Case No. 18-CV-10091-LJM-DRG. Hon. Laurie J. Michelson. Hired by Fatima Bolyea, Mantese Honigman.

- People of the State of Michigan v. Todd Courser. Lapeer County Circuit Court, State of Michigan. Case No. 17-013022-FH. Hon. Nick O. Holowka. Hired by Sarah Howard, Pinsky Smith, Fayette & Kennedy, LLP.

- Peter M. Peer, II, D.O. v. West Shore Medical Center. United States District Court, Western District of Michigan Southern Division, Case No. 1:17-cv-72. Hon. Paul L. Maloney. Hired by John Lichtenberg, Rhoads McKee.

- Schmalz, Inc. v. Better Vacuum Cups, Inc. United States District Court, Eastern District of Michigan, Southern Division Case No. 16-10040. Judge Gershwin A. Drain. Hired by Dean Amburn, Dean Amburn Law, PLLC

- Cover Crop Shop, LLC v. Isaac Weber. Court of Mercer County, Ohio Civil Division, Case No. 16 CIV 069. Judge Jeffrey R. Ingraham. Hired by Victor A. Veprauskas, Lambert Leser.

- David Grubb and Kristina Grubb, Claimants/Counter-Respondents v. Forest Ridge Construction, Inc. Arbitrator: Ronald Strote. Hired by Mark Nasr, Clark Hill PLC.

- Lowell Construction Management, LLC and 4625 SECOND, LLC, v. David Cieszkowski. Case No.: 16-002129-CB. Hon. Brian R. Sullivan. Hired by Kaveh Kashef, Clark Hill PLC .

- Stephen E. Slaga v. Total Health Care, Inc. and Universal Health Management Co. State of Michigan, Wayne County Circuit Court Civil Action No. 16-009942-CL Hired by Michael L. Pitt (P24429),Pitt

McGehee Palmer & Rivers, PC.

- James W. Flinchbaugh v. Lean Learning Center Inc. and William Artzberger, Angelo J. Carlino and James Flinchbaugh Counter Defendants. State of Michigan, Circuit Court County of Oakland Michigan. Case No. 2016-151196-CB. Judge James M. Alexander. Hired by Brian H. Rolfe (P52680) Kemp Klein Law Firm.

- Melisa Mays et. al. Class Action v. Governer Rick Snyder, City of Flint et. al., United States District Court, East District of Michigan 2:15-cv-14002-JCO-MKM. Hired by Michael L. Pitt (P24429),Pitt McGehee Palmer & Rivers, PC.

- PCM, Inc. v. B2B Computer Products, LLC d/b/a ITsavvy. Hired by Katie M. Connolly, Nilan Johnson Lewis

- Constance Bryant v. Moh¬ammad Benammar et. al., Court No. 15 L 394, Claim N. 63CBLG14003111. Hired by Anam Rodrguez, Shams, Rodgriguez & Mozwecz, P.C.

- The Primadonna Company, LLC v. The Westmark Group, Inc. District Court Clark County Nevada Case No. A-15-722892-B Dept. XIII. Hired by Jeremy R. Kilber (10643), Weil Drage

- Robert L. Drummond v. Hartford Fire Insurance Company. U.S. District Court District of Connecticut. Civil N. 3:14-cv-0183-AWT. Hired by Jason T. Brown, JTB Law Group, LLC

- Sylvia Magdeleno v Rico Enterprises, Inc. U.S. District Court District of Arizona Case No. 2:15-cv-00364-SRB. Hired by Karen L. Karr (014501) Clark Hill PLC

- Senderra Rx Partners, LLC v. Denay R. Loftin and Elizabeth Naylor. U.S. District Court Eastern District of Michigan Southern Division. Case No. 2:15-cv-13761-AC-RSW. Magistrate R. Steven Whalen. Hired by Paul A. Wilhelm Clark Hill PLC.

- Vulpina, LLC v Randy K. Dzierzawski and Kimberly Dzierzawski. U.S. Bankruptcy Court Eastern District Michigan. Case No. 13-47986-tjt. Chapter 7 Hon. Thomas J. Tucker. Hired by Michael Turco, Brooks, Wilkins, Sharkey & Turco PLLC

- Laura Sacha-Staskiewicz v. Metropolitan Health Corporation and Micahel Faas. State of Michigan Circuit Court for the County of Kent. Case No. 15-02809-CKB. Hon. Christopher P. Yates. Hired by Jason Thompson, Sommers Schwartz P.C.

- Jeanne L. Fox v The Michigan Department of Technology Management and Budget, et. al. State of Michigan. Case No.: 14-857-CD Circuit Court County of Ingham. Hired by Aaron L. Davis (P77406) Fraser Trebilcock Davis & Dunlap, P.C.

- Sierra Development Co. d/b/a Club Cal Neva. v. Chartwell Advisory Group, Ltd. U.S. District Court District of Nevada. Case No. 3:13-cv-00602-RFB-VPC. Hired by Scott L. Hernandez Robison, Belaustegui, Sharp & Low.

- IPOX Schuster, LLC v. Nikko Asset Management Co. Ltd. And Lazard Asset Management LLC. U.S. District Court Northern District of Illinois Eastern Division Civil Action No. 15C9955. Hired by Aaron Charfoos of Dykema Gosset PPLC

- Weatherford International, LLC v. Michael McKeachnie et al. U.S. District Court District of Colorado Case No. 1:15-cv-01320-MSK-KLM. Hired by Christopher D. Kratovil Dykema Gossett PLLC

- In re Country Stone Holdings, Inc. Debtor. U.S. Bankruptcy Court Case No. 14-81854. Hired by Dante Stella Dykema Gossett PLLC.

- Mike Kidd v. Krave Group, LLC et al. U.S. District Court Northern District of Texas Fort Worth Division Case 4:15-cv-00679-Y. Hired by James C. Gordon Gordon & Sykes, LLP

- In the Matter of Trinity Capital Corporation (D-3320), Securities and Exchange Commission, Denver Regional Office. Hired by Edward F. Malone, Esq. of Barack Ferrazzano Kirschbaum & Nagelberg LLP. Case No.: 14-857-C Hon. James S. Jamo

- Rachel Edelshteyn v. Stephen Calabrese, 15OP70020. Hired by Liz Ptacek Supervising Attorney – Advocacy, Domestic Violence Legal Clinic, State of Illinois, Circuit Court of Cook County, Domestic Violence Courthouse.

- Elizangela Bonifacio v. Gerardo Madrigal, 14OP76018, Hired by Liz Ptacek Supervising Attorney – Advocacy, Domestic Violence Legal Clinic, State of Illinois, Circuit Court of Cook County, Domestic Violence Courthouse.

- Tina Atkinson, Grace Bonnie, Jessica Frazier, Florence Gianforte, Richard Hall, Rachel Marshall, Shelly Primus, and Karen Stout vs. Teletech Holdings, Inc., Teletech@home,Inc., and Kenneth

Tuchman, United States District Court, Southern District of Ohio, Civ. No. 3:14-cv-00253-WHR. Hired by Matthew L. Turner, Esq., Sommers Schwartz, P.C.

- Jasmine Lawrence, Individually and on Behalf of All Similarly Situated Individuals, v. Maxim Healthcare Services, Inc., 1:12-CV-02600-cab, United States District Court, Northern District of Ohio, Cleveland Division. Hired by Jason S. Thompson, Esq., Sommes Schwartz, P.C.

- Tara A. Felty, v. Waupaca Foundry Inc. and Waupaca Foundry Inc. v. Stewart Industrial, Perry Circuit Court, State of Indiana, 62C011407-CT-344. Hired by Paul Benson, Esq., Michael Best & Friedrich.

- Tri-State Generation et al v. Mitsubishi International Corporation et al, United States District Court, District of Arizona, 3:14-cv-08115-NVW. Hired by Benjamin Subin, Esq. Holland & Knight.

- John Doe 1; John Doe 2; John Doe 3; John Doe 5; John Doe 6; John Doe 7 And Next Friend Of Minor John Doe 4, On Behalf Of Themselves And A Class Of All Others Similarly Situated, Vs. Michigan Department Of Corrections ("Mdoc"); Rick Snyder, Governor Of The State Of Michigan; Daniel H. Heyns, Director, Michigan Department Of Corrections; Thomas Finco, Deputy Director Of Mdoc Correctional Facilities Administration; Dennis Straub, Former Deputy Director Of Mdoc Correctional Facilities Administration; Randy Treacher, Chief Deputy Director Of Mdoc Correctional Facilities Administration; Willie Smith, Warden Of Carson City Correctional Facility; Heidi Washington, Warden Of Charles Egeler Reception And Guidance Center; Mary Berghuis, Warden Of Earnest C. Brooks Correctional Facility; Paul Klee, Warden Of Gus Harrison Correctional Facility; John Prelesnik, Warden Of Richard A. Handlon Correctional Facility; Cathleen Stoddard, Warden Of Richard A. Handlon Correctional Facility; Cindi S. Curtin, Warden Of Oaks Correctional Facility; David Bergh, Warden Of Thumb Correctional Facility; Jeffrey Woods, Warden Of Chippewa Correctional Facility; Robert Napel, Warden Of Marquette Branch Prison; And Kenneth Mckee, Warden Of Bellamy Creek Correctional Facility, Jointly And Severally, State Of Michigan, Circuit Court For The County Of Washtenaw. Hired By Deborah Labelle, Esq.

- Carol A. Sedges v. St. Cloud Health Care Center, Inc. et al, Superior Court of New Jersey Law Division, Essex County, ESX-L-7298-12. Hired by John D. Coyle, Esq., LeClair Ryan.

- United States of America v. Farid Fata, 2:13-mj-30484, United States District Court, Eastern District

of Michigan. Hired by William H. Horton, Esq., Giarmarco, Mullins & Horton, P.C.

- UPS Mail Innovations v. James Cuthbert. 2013CH001847. Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois. Hired by Quarles and Brady.

- Huntington National Bank V. Timothy Weaver, Reneé Jerisk, Anthony Ciccarelli, Individuals, And Northpointe Bancshares, Inc. State Of Michigan Kent County Circuit Court. Hired By John M. Lichtenberg, Esq. Rhoades Mckee P.C.

- Creative Foam Corporation v. Kurt Schloemp. 2014-140875-CK. State of Michigan, Circuit Court for the County of Oakland. Hired by Willam H. Horton, Esq. Giamarco & Mullins.

- Nexteer Automotive v. Mando America Corporation. 13-021401-CK-1. State of Michigan, Circuit Court for the County of Saginaw. Hired by Willam H. Horton, Esq. Giamarco & Mullins.

- Wilshire Vermont Housing Partners LP v. Taisei Construction Corporation et al. BC504178. Superior Court of the State of California, The County of Los Angeles. Hired by Thomas McNutt, Esq., Youngerman and McNutt.

- Information Technology Customer Care, Inc. v. Stores Online, Inc. 090401169. Fourth Judicial District Court, Utah County, State of Utah. Hired by Blair R. Jackson, Esq. Invictus Law Firm.

- North American Mechanical, Inc. v. Walsh Construction Company II, LLC. United States District Court, Eastern District of Wisconsin, Milwaukee Division. Hired by Joshua Levy, Esq., Crivello Carlson.

- Asyst Tech LLC v. Eagle Eyes Traffic Inc. Co. Ltd. 2:11-cv-00381. United States District Court, for the Eastern District of Wisconsin. Hired by Daniel T. Flaherty, Godfrey and Kahn.

- Sharon Almonrode v. Sullivan Ward Asher Patton P.C. et al. 11-122425-CZ. State of Michigan, Circuit Court for the County of Oakland. Hired by Sullivan Ward Asher Patton P.C.

- Caldwell Tanks Inc. v. Hays Energy L.P. 2012-62661. 152nd Judicial Court of Harris County Texas. Hired by Jeffery B. Kaiser, Esq. Kaiser P.C.

- MPT of Hoboken TRS, LLC v. HUMC Holdco, LLC. Court of Chancery of the State of Delaware. Hired by Wallace Showman of Ajamie.

- Greg Sabanski v. Crystal Mountain Resort. 14-9904-NO. State of Michigan, Circuit Court for the

- County of Benzie.  Hired by Scott D. Feringa, Esq. of Sullivan Ward Asher & Patton P.C.

- Kleen Products LLC et al v. Packaging Corporation of America et al. 1:10-CV-05711.  United States District Court, Northern District of Illinois.  Hired by Mayer Brown.

- Harold Talley and Jennifer Talley v. General Organics HC Inc. 13L007998. Circuit Court of Cook County Illinois, County Department, Law Division.  Hired by Markel Service Incorporated.

- Maribel Torres v. Electro-Motive Diesel, Inc. Circuit Court of Cook County, Illinois, County Department, Law Division.  Hired by Legal Assistance Foundation of Chicago.

- ESTATE OF KATHRYN E. QUINLAN, by Timothy J. Schneider, its Personal Representative;

- Plaintiff; Vs.Mark E. Prince, M.D.; And Avraham Eisbruch, M.D.In Consolidation With: Estate Of Kathryn E. Quinlan, By Timothy J. Schneider, Its Personal Representative Vs.The Regents Of The University Of Michigan, D/B/A University Of Michigan Health System And University Of Michigan Medical Center;Case No. 11-0006-Mh. 11-24-Nh.  State Of Michigan, Circuit Court For The County Of Washtenaw. Hired By Dale L. Hebert, Esq. Smith Haughey Rice & Roegge, P.C.

- Miranda Jo Truitt et al, v. The Chicago School of Professional Psychology.  BC495518.  Superior Court of the State of California for The County of Los Angeles. Hired by Dean Dickie, Esq.  Miller Canfield.

- Jocelyn Lewis et al v. Lebanon Public Library. 1:13-cv-0445RLY-DKL. United States District Court, Southern District of Indiana, Indianapolis Division.  Hired by Kighlinger and Grey

EMPLOYMENT HISTORY

August 2014 to Present – CEO and President, Tyger Forensics, Inc.

January 2011 – May, 2016 – Chief Innovation Officer, Scarab Consulting

November 2007 – January 2011 – National Director, Esquire Litigation Solutions

November 2006 – September 2007 – Senior Managing Consultant, LECG

April 2003 – April 2006 – Owner, President, Elijah Technologies

DIGITAL FORENSIC CERTFICATIONS

- I became an OSForensics Certified Examiner (OSFCE) on June 1, 2023, following coursework, research and testing.

- I became a Magnet Forensics Certified Examiner (MCFE) on October 20th, 2022, following coursework, research and testing.

- I became a Cellebrite Certified Physical Analyst (CCPA) on December 10th, 2021, following coursework, research and testing.

- I became a Cellebrite Certified Operator (CCO) on December 7th, 2021, following coursework, research and testing.

- I became a Certified BlackLight Expert (CBE) on May 6th, 2020, following coursework, research and testing.

- I became a Cellebrite Advanced Smartphone Analysis (CASA) Examiner on October 26, 2017, following coursework, research and testing.

- I became a Cellebrite Certified Physical Analyst (CCPA) on December 25, 2015, following coursework, research and testing.

- I became a Certified OSForensics Examiner (COSFE) as of November 25, 2015, following coursework, research and testing.

- I have been a Certified Blacklight Examiner (CBE) since October 20, 2015, following coursework, research and testing.

- I received Lantern Certified Examiner (LCE) status on June 12, 2014, following testing and studies.

- I have been a certified Forensic Explorer Examiner (FEXE) since completing the tests on September 12, 2014.

EDUCATION

B.A. in Japanese Studies, University of Illinois at Urbana-Champagne, Champagne, IL

PROFESSIONAL MEMBERSHIPS

I am a ranking Senior Member of ForensicFocus.com, a digital forensics and electronic discovery portal.

I am also a licensed private investigator in Michigan. My Michigan P.I. License number is #3701206704

PROFESSIONAL AWARDS

I was recognized in Legal Aid Chicago's 2021 Annual Report for fifteen years of Pro Bono service.

I was recognized as a "Champion of Justice 2016" by the Domestic Violence Legal Clinic.

I also received an award for "Volunteer of the Year 2015" from the Legal Assistance Foundation of Chicago.

PROFESSIONAL PUBLICATIONS

I published a Continuing Legal Education class on employee turnover and forensic analysis best practices,

currently accredited by bar associations in seventeen U.S. states

I published a Continuing Legal Education class on theft of trade secrets best practices, currently accredited by bar associations in seventeen U.S. states

I published a Continuing Legal Education class on smart-phone forensic best practices, currently accredited by bar associations in seventeen U.S. states.

I published an article containing original computer forensic research findings on Microsoft Windows 8 on [www.ForensicFocus.com](www.ForensicFocus.com).

I published an article titled "Navigating the Sea of Change in eDiscovery Technology" at InsideCounsel.com, White Papers Section.  August 2010.

I published an article titled "When Dealing with Electronic Discovery, Don't Be Afraid; Just Don't Go Alone" in Thomson Reuters EDRM Quarterly Magazine. Spring 2009.