**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| ECOLAB INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 3:23-CV-215-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SCOTT SHANKLIN, et al., | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

**JOINT MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING**

All Parties, by and through their attorneys of record, respectfully move this Court for an Order continuing the hearing on Washing Systems, LLC's Motion for Preliminary Injunction (Dkt. No. 57) (the "Motion"), currently set for January 25, 2024, at 2:15 p.m. (Dkt. No. 98). As good cause for this motion, the Parties state that they have reached a settlement in principle of the action, and the agreement contemplates the January 25, 2024 hearing being cancelled so that the parties may continue their settlement efforts. The settlement would moot the Motion.

For the foregoing reason, and to conserve judicial resources, the parties respectfully request that the Court continue the January 25, 2024 hearing indefinitely, leaving the Motion pending. The parties will advise the Court when their settlement agreement has been finalized, and anticipate submitting a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted,

*s/ Sarah D. Reddick (by JMW w/ permission)*
Jeremy S. Rogers
Suzanne Marino
Sarah Diana Reddick
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Phone: (502) 540-2384
Fax: (502) 585-2207

*s/ Jordan M. White*
Donald J. Kelly
Jordan M. White
Wyatt, Tarrant & Combs, LLP - Louisville
400 W. Market St., Suite 2000
Louisville, KY 40202-2898
Phone: (502) 589-5235
Fax: (502) 589-0309
Email: dkelly@wyattfirm.com

Email: Jeremy.rogers@dismore.com

*Counsel for Defendant John Scott Shanklin, Defendant/Counterclaim Plaintiff Washing Systems, LLC, and Defendant KAO USA, Inc*

Martin S. Chester *(Pro Hac Vice)*
Matthew Kilby *(Pro Hac Vice)*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: Martin.chester@faegredrinker.com

Matthew E Burkhart (*Pro Hac Vice*)
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
Email: Matthew.burkhart@faegredrinker.com

*Counsel for Plaintiff/Counterclaim Defendant Ecolab Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record.

    */s/ Jordan M. White*
    Jordan M. White