UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 3:23-CV-215  Style of Case: Ecolab, Inc., v Shanklin, et al
Received from: T. Horton  Received by: *[signature]*  Date: 1/25/2024

Proceedings: Preliminary Injunction Hearing - 1/11/2024

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|--------|-------------|--------|-------------|
|        | (see attached) |     |             |

NOTES: Ecolab Exhibits 2, 3, 4, and 5 and Washing Systems Exhibits 7, 8, 9, 10, 11, and 12 are SEALED. Washing Systems Exhbits 1 and 2 filed at DN 96. Remaining exhibits filed in the Paducah Division.

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
**DATE:** _____ **RETURNED BY:** _____, **Deputy Clerk**

Ecolab, Inc., v Shanklin, et al.
Civil Action No. 3:23-CV-215-CHB

## Exhibit Inventory – January 11, 2024, Preliminary Injunction Hearing

ECOLAB EXHIBITS:

| 1 | Deposition of Bruce Duron and exhibits |
|---|---|
| **2 | E-mail from Stephen Koehler |
| **3 | Spreadsheet |
| **4 | E-mail from Stephen Koehler |
| **5 | Spreadsheet |

WASHING SYSTEMS EXHIBITS:

| 1 | Response from Ecolab |
|---|---|
| 2 | Deposition of Russell Berman and exhibits |
| 3 | Form offer letter |
| 4 | Confidentiality Agreements |
| 5 | Confidential Information – Best practices |
| 6 | Confidentiality PowerPoint |
| **7 | Spreadsheet |
| **8 | Spreadsheet |
| **9 | Spreadsheet |
| **10 | Spreadsheet |
| **11 | CD containing spreadsheet |
| **12 | CD containing spreadsheet |
| 13 | E-mail from Thomas Wilhoit |
| 14 | Instructions |
| 15 | Confidentiality and Non-Disclosure Agreement |

(**Exhibits are SEALED.)