# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| ECOLAB INC., | ) | |
| | ) | |
|     Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 3:23-CV-215-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SCOTT SHANKLIN, et al., | ) | |
| | ) | |
|     Defendants/Counterclaimants. | ) | |

## NOTICE OF INTENT TO
## REQUEST REDACTIONS AND/OR FILE MOTION FOR CONTINUED SEALING

Pursuant to the Notice of Filing of Official Transcript [Dkt. 103], Plaintiff/Counterclaim Defendant Ecolab Inc., by counsel, hereby gives notice to the Court and parties of its intent to request redactions and/or file a motion for continued sealing of the Official Transcript and exhibits of the Preliminary Injunction Hearing held on January 11, 2024, before Judge Claria Horn Boom.

Dated: January 30, 2024

Respectfully submitted,

/s/ *Jordan M. White*
Donald J. Kelly
Jordan M. White
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
Tel.: 502.589.5235
Fax: 502.589.0309
E-mail: dkelly@wyattfirm.com
E-mail: jwhite@wyattfirm.com

Martin S. Chester (*pro hac vice*)
Matthew Kilby (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: 612.766.7232
Fax: 612.766.1600

E-mail: martin.chester@faegredrinker.com
E-mail: matthew.kilby@faegredrinker.com

Matthew E. Burkhart (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel.: 317.237.1262
Fax: 317.237.1000
E-mail: matthew.burkhart@faegredrinker.com

*Counsel for Plaintiff/Counterclaim Defendant Ecolab Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record. I further certify that on January 30, 2024, I served a copy of the foregoing, via U.S. Mail and e-mail, on the following:

Terri Horton
Official Court Reporter
501 Broadway
Paducah, KY 42001
E-mail: Terri_Horton@kywd.uscourts.gov

                                                      */s/ Jordan M. White*
                                                      Jordan M. White