## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| ECOLAB INC., | ) | |
| | ) | |
|     Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 3:23-CV-215-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SCOTT SHANKLIN, et al., | ) | |
| | ) | |
|     Defendants/Counterclaimants. | ) | |

### ECOLAB INC.'S RESPONSE TO WASHING SYSTEMS, LLC'S MOTION TO SEAL CERTAIN EVIDENCE AND HEARING TRANSCRIPT EXCERPTS

Plaintiff/Counterclaim Defendant Ecolab Inc. ("**Ecolab**"), by counsel, hereby states that it does not agree with the facts set forth in Washing Systems, LLC's ("**WSI**") Motion to Seal Certain Evidence and Hearing Transcript Excerpts ("**Motion**"). (Dkt. 108.) Although Ecolab does not agree with WSI's statement of facts, it does not object to the sealing requested in WSI's Motion.

Dated: February 22, 2024          Respectfully submitted,

    /s/ *Jordan M. White*
    Donald J. Kelly
    Jordan M. White
    WYATT, TARRANT & COMBS, LLP
    400 West Market Street, Suite 2000
    Louisville, KY  40202
    Tel.: 502.589.5235
    Fax: 502.589.0309
    E-mail: dkelly@wyattfirm.com
    E-mail: jwhite@wyattfirm.com

    Martin S. Chester (*pro hac vice*)
    Matthew Kilby (*pro hac vice*)
    FAEGRE DRINKER BIDDLE & REATH LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Tel.: 612.766.7232
    Fax: 612.766.1600

E-mail: martin.chester@faegredrinker.com
E-mail: matthew.kilby@faegredrinker.com

Matthew E. Burkhart (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
Tel.: 317.237.1262
Fax: 317.237.1000
E-mail: matthew.burkhart@faegredrinker.com

*Counsel for Plaintiff/Counterclaim Defendant Ecolab Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record.

*/s/ Jordan M. White*
Jordan M. White