# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| ECOLAB INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | )   Civil Action No. 3:23-CV-215-CHB-RSE |
| | ) |
| v. | ) |
| | ) |
| JOHN SCOTT SHANKLIN, et al., | ) |
| | ) |
| Defendants/Counterclaimants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant Ecolab Inc., ("Ecolab"), Defendant John Scott Shanklin ("Shanklin"), Defendant/Counterclaim Plaintiff Washing Systems, LLC ("WSI"), and Defendant Kao USA Inc. ("Kao"), by their counsel, stipulate to the dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

*s/ Jeremy S. Rogers w/permission*
Jeremy S. Rogers
Suzanne Marino
Sarah Diana Reddick
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Phone: (502) 540-2384
Fax: (502) 585-2207
Email: Jeremy.rogers@dismore.com

   Counsel for Defendant John Scott Shanklin,

*Defendant/Counterclaim Plaintiff Washing Systems, LLC, and Defendant KAO USA, Inc*

*s/ Jordan M. White*
Donald J. Kelly
Jordan M. White
Wyatt, Tarrant & Combs, LLP - Louisville
400 W. Market St., Suite 2000
Louisville, KY 40202-2898
Phone: (502) 589-5235
Fax: (502) 589-0309
Email: dkelly@wyattfirm.com

Martin S. Chester *(Pro Hac Vice)*
Matthew Kilby *(Pro Hac Vice)*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600

> Email: Martin.chester@faegredrinker.com
> Email: Matthew.kilby@faegredrinker.com
>
> Matthew E Burkhart (*Pro Hac Vice*)
> Faegre Drinker Biddle & Reath LLP
> 300 N. Meridian Street, Suite 2500
> Indianapolis, IN 46204
> Phone: (317) 237-0300
> Fax: (317) 237-1000
> Email: Matthew.burkhart@faegredrinker.com
>
> *Counsel for Plaintiff/Counterclaim Defendant Ecolab Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record.

> */s/ Jordan M. White*
> Jordan M. White

101502006.1